UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL B. FJERSTAD, | CASE NO. C08-0023-JCC-MAT |
| Plaintiff, | |
| v. | ORDER DENYING MOTION FOR DEFAULT JUDGMENT |
| SCOTT BACH, et al., | |
| Defendants. | |

This matter comes before the Court on Plaintiff's motion for default judgment, which was filed on May 6, 2008. Plaintiff seeks a default judgment against the defendants on grounds that they failed to answer the complaint within the time limitations of Rule 12(a)(1)(A) of the Federal Rules of Civil Procedure, or within 20 days. Defendants have filed a response objecting to the motion (Dkt. # 26), and Plaintiff has filed a reply (Dkt. # 29). The Court, having reviewed Plaintiff's motion and the balance of the record, hereby finds and ORDERS:

(1) A district court's decision whether to enter a default judgment is a discretionary one. *Aldabe v. Aldabe*, 616 F.2d 1089, 1092 ((9th Cir. 1980). The courts disfavor default judgment because cases should be decided on their merits whenever possible. *See Eitel v.*

01 *McCool*, 782 F.2d 1470, 1472 (9th Cir. 1986) (citing *Pena v. Seguros La Comercial, S.A.*, 770

02 F.2d 811, 814 (9th Cir. 1985)).

03       Here, Defendants timely filed an answer to Plaintiff's complaint on April 22, 2008. (Dkt.

04 #21.) Although the record appears to support Plaintiff's assertion that he did not receive a copy

05 of Defendants' answer until after he filed his motion for default judgment, [1] Plaintiff has neither

06 alleged nor is there any evidence that he was prejudiced by Defendants' delay in serving the

07 answer. Because all the defendants have appeared and timely filed an answer in this case, no

08 default has occurred.

09       (2)    Accordingly, Plaintiff's Motion for Default Judgment (Dkt. #25) is DENIED.

10       (3)    The Clerk is directed to send a copy of this Order to Plaintiff, to counsel for

11 Defendants, and to the Honorable John C. Coughenour.

12       DATED this 21st day of May, 2008.

13

14                                 Mary Alice Theiler
                                United States Magistrate Judge

---

[1] The Certificate of Service that Defendants filed with their answer to the complaint shows only that the answer was filed electronically with the court. (Dkt. # 21 at 8.) However, Defendants included a copy of the answer as Exhibit B of their response to Plaintiff's motion for default judgement, which was mailed to Plaintiff on May 7, 2008. (*See* Dkt. # 26 at 3, 6-14.)

ORDER DENYING MOTION
FOR DEFAULT JUDGMENT
PAGE -2